WR-82,975-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/21/2015 11:00:19 AM
Accepted 4/21/2015 11:22:55 AM
ABEL ACOSTA
CLERK

# SCHAFFER LAW OFFICES

NOT A PARTNERSHIP

1301 McKINNEY, SUITE 3100

HOUSTON, TEXAS 77010

Randy Schaffer, P.C.
  *noguilt@swbell.net*
Josh Schaffer, P.L.L.C.
  *josh@joshschafferlaw.com*
Joel Hayter
  *joelhayterlaw@gmail.com*

(713) 951-9555

Fax: (713) 951-9854

josh@schafferfirm.com

RECEIVED
COURT OF CRIMINAL APPEALS
4/21/2015
ABEL ACOSTA, CLERK

April 21, 2015

Abel Acosta                                              **Via eFile**
Clerk of the Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

Re:     Ex Parte Joseph Lee Flores
        Case No. WR-82,975-01

Dear Mr. Acosta:

To avoid confusion, I would like to make the Court aware that I had filed Applicant's Proposed Findings Of Fact And Conclusions Of Law with the Fort Bend County District Clerk's Office on February 6, 2015 (C.R. 254). The trial court's courtesy copy of that document was apparently refiled by the district clerk on March 17, 2015, and included in the Supplemental Clerk's Record (Suppl. C.R. 2).

Also, my affidavit that addresses the State's laches claim is not contained in the index of the Supplemental Clerk's Record but may be found on page 44 (Suppl. C.R. 44-45).

Thank you for your assistance. Please contact me if you have any questions.

Sincerely,


/s/ Joel Hayter
Joel Hayter

JH/aw

cc:     Jason Bennyhoff